## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:21-cv-62127-GAYLES/STRAUSS

**LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC.,**

      Plaintiffs,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

      Defendants.

_____/

### ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiffs'[1] Motion for Preliminary Injunction (the "Motion") [ECF No. 6]. The Court has carefully reviewed the Motion and the record and is otherwise fully advised in the premises. By the instant Motion, Plaintiffs move for entry of a preliminary injunction against Defendants[2] for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1125(d).

The Court convened a hearing on November 18, 2021, which was only attended by Plaintiffs' counsel. During the hearing, Plaintiffs directed the Court to evidence supporting the Motion. Defendants have not responded to the Motion, made any filing, or appeared in this matter either individually or through counsel. Because Plaintiffs have satisfied the requirements for the issuance of a preliminary injunction, Plaintiffs' Motion is granted.

---

[1] Plaintiffs are Luxottica Group S.p.A, Oakley, Inc., and Costa Del Mar, Inc.

[2] Defendants are the individuals, business entities, or unincorporated associations identified on Schedule "A" hereto.

## I.     FACTUAL BACKGROUND[3]

1.      Plaintiffs are the owners of their respective trademarks identified on Schedule "B" hereto, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively, "Plaintiffs' Marks"). *See* Declaration of Jason Groppe in Support of Motion for Preliminary Injunction ("Groppe Decl.") ¶¶ 4-5, 10-11, and 16-17. Plaintiffs' Marks are used in connection with the manufacture and distribution of quality goods in the categories identified therein. *See id.*

2.      Defendants, by operating e-commerce stores via Internet marketplace platforms and interactive photo album via an image hosting website under their seller identification names or a commercial Internet website operating under their domain names identified on Schedule "A" (the "Seller IDs and Subject Domain Names"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiffs have determined to be counterfeits, infringements, reproductions, or colorable imitations of Plaintiffs' trademarks. *See* Groppe Decl. ¶¶ 22, 25-26; Declaration of T. Raquel Wiborg-Rodriguez in Support of Motion for Preliminary Injunction ("Wiborg-Rodriguez Decl.") ¶ 2; Declaration of Kathleen Burns in Support of Motion for Preliminary Injunction ("Burns Decl.") ¶ 4 and Composite Exhibit 1 thereto.

3.      Plaintiffs submitted sufficient evidence showing that each Defendant has infringed one or more of Plaintiffs' Marks. *See* Groppe Decl. ¶¶ 25–26. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks. *See id.* ¶¶ 22, 26.

4.      Plaintiffs' counsel retained Invisible Inc ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of

---

[3] The factual background is taken from Plaintiffs' Amended Complaint, [ECF No. 17], Plaintiffs' Motion, [ECF No. 6], and supporting evidentiary submissions.

Plaintiffs' products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit versions of Plaintiffs' branded products. *See* Groppe Decl. ¶ 23; Wiborg-Rodriguez Decl. ¶ 2; Burns Decl. ¶ 3. Invisible accessed the e-commerce stores, photo album, and commercial websites operating under Defendants' Seller IDs and Subject Domain Names and placed an order from each Seller ID and Subject Domain Name for the purchase of products, all bearing one or more of Plaintiffs' Marks, and requested each product to be shipped to addresses in the Southern District of Florida. *See* Burns Decl. ¶ 4. Each order was processed entirely online,[4] and following the submission of the orders, Invisible received information for finalizing payment[5] for the products ordered from Defendants via Defendants' respective payment accounts[6] and/or payee[7] as identified on Schedule "A" hereto. *See id.* At the conclusion of the process, the detailed web pages Invisible captured and downloaded reflecting Plaintiffs' branded products ordered by Invisible via Defendants' Seller

---

[4] At least one Defendant uses its Seller ID in tandem with electronic communication via private messaging applications and/or services such as WhatsApp and/or WeChat, to complete its offer and sale of counterfeit Plaintiffs' branded products. Additionally, at least one Defendant uses its Subject Domain Name in tandem with a photo album through the non-party image hosting website, Yupoo.com, ultimately directing customers to send inquiries, exchange data, and complete purchases for Plaintiffs' branded products via electronic communication with Defendant. Defendants' relevant contact information is listed on Schedule "A" hereto. *See* Wiborg-Rodriguez Decl. ¶ 2 n.1; Burns Decl. ¶ 4 n.1.

[5] Following the submission of certain orders from Defendants' Subject 'Domain Names, Invisible Inc received the identical PayPal payee and corresponding Merchant Identification Number for finalizing payment, as noted on Schedule "A." As such, Invisible Inc was instructed not to transmit the funds to finalize the sale for the order from some of the Subject Domain Names so as to avoid adding money to Defendant's coffers. *See* Wiborg-Rodriguez Decl. ¶ 2 n.1; Burns Decl. ¶ 4 n.2.

[6] Defendant Number 26, who uses the non-party image hosting website, Yupoo.com, as well as Defendant Numbers 1–25 who operate via commercial Internet websites under their respective Subject Domain Names, use money transfer and retention services with PayPal. The respective payment accounts received for these Defendants is listed on Schedule "A." *See* Burns Decl. ¶ 4, n.3. Moreover, following the submission of certain orders from Defendant's Subject Domain Names, Invisible received the identical PayPal payee and corresponding Merchant Identification Number for finalizing payment, as noted on Schedule "A." *See* Burns Decl. ¶ 4, n.2.

[7] Defendant Numbers 27–37 operate via the non-party e-commerce marketplace platform AliExpress.com, and have their payments processed on their behalf using Alipay, which is a third-party payment service provided to merchants using AliExpress.com. Defendant Number Numbers 38–135 operate via the non-party Internet marketplace platform DHgate.com. Sellers operating on DHgate.com use DHpay.com, a third-party payment service provided to customers using DHgate.com, to process payments for sales made on DHgate.com. And Defendant Numbers 136–138 operate via the non-party e-commerce marketplace platform, Wish.com ("Wish"), which is operated by ContextLogic Inc. ("ContextLogic"). As such, the payment information for these Defendants is not publicly disclosed and list the respective marketplace platform payee instead. *See* Burns Decl. ¶ 4, n.4.

IDs and Subject Domain Names were sent to Plaintiffs' representative for inspection. *See* Burns Decl. ¶ 4; Wiborg-Rodriguez Decl. ¶ 2; Groppe Decl. ¶ 24.

5.      Under the direct supervision and control of Plaintiffs' representative, Plaintiffs conducted a review and visually inspected the goods bearing Plaintiffs' Marks Invisible ordered via Defendants' Seller IDs and Subject Domain Names and determined the products were non-genuine, unauthorized versions of Plaintiffs' products. See Groppe Decl. ¶¶ 25–26.

6.      On October 13, 2021, Plaintiffs filed their Complaint, [ECF No. 1], and on November 2, 2021, their Amended Complaint, [ECF No. 17], against Defendants for federal trademark counterfeiting and infringement, false designation of origin, cybersquatting, common law unfair competition, and common law trademark infringement. On October 14, 2021, Plaintiffs filed their *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, [ECF No. 6]. On October 18, 2021, the Court entered a sealed Order Granting *Ex Parte* Temporary Restraining Order, [ECF No. 9], and temporarily restrained Defendants from infringing Plaintiffs' Marks at issue. The sealed Order Granting *Ex Parte* Temporary Restraining Order also directed PayPal, Inc. ("PayPal"), Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., Alipay Singapore E-Commerce Private Limited (collectively "Alipay"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc., ContextLogic Inc., which operates the Wish.com website ("ContextLogic"), to identify and restrain funds in payment accounts associated with Defendants and to divert those funds to a holding account. Pursuant to the Court's October 18, 2021 Sealed Order Granting Motion for Alternative Service, [ECF No. 10],

Plaintiffs properly served Defendants with a copy of the Complaint, copies of the *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, and the Court's October 18, 2021 Temporary Restraining Order, thereby providing notice and copies of the October 18, 2021 Temporary Restraining Order and Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets via email to each Defendants' corresponding email/online contact form, or via e-mail to Defendants' registrar of record, and by posting copies of the Temporary Restraining Order and all other pleadings and documents on file in this action on the website located at http://servingnotice.com/lw10mi/index.html. Thereafter, Certificates of Service were filed confirming service on each Defendant. [ECF Nos. 26-28].

## II.     LEGAL STANDARD

In order to obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (per curiam); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995).

## III.     ANALYSIS

The declarations Plaintiffs submitted in support of their Motion support the following conclusions of law:

A.     Plaintiffs have a very strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of

Plaintiffs' Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiffs' products that bear copies of Plaintiffs' Marks;

B.      Because of the infringement of Plaintiffs' Marks, Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the specific facts, as set forth in Plaintiffs' Amended Complaint, Motion, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers because it is more likely than not that:

1.      Defendants own or control e-commerce stores, interactive photo album, and websites operating under their seller identification names and domain names which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing trademarks in violation of Plaintiffs' rights; and

2.      There is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products and an unnatural erosion of the legitimate marketplace in which they operate.

C.      The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiffs, their reputations, and their goodwill as a manufacturers and distributors of quality products, if such relief is not issued.

D.      The public interest favors issuance of the preliminary injunction to protect Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit and infringing goods as Plaintiffs' genuine goods.

E.       Under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiffs' Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Prods. Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")).

F.       Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (citing *Fed. Trade Comm'n v. U.S Oil & Gas Corp.*, 748 F.2d 1431, 1433–34 (11th Cir. 1984)).

G.       In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiffs have good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.    CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Preliminary Injunction, [ECF No. 6], is **GRANTED** as follows:

1.       Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined as follows:

      a.       From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using Plaintiffs' Marks or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiffs; and

      b.      From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of:

      (i)      any products, not manufactured or distributed by Plaintiffs, bearing and/or using Plaintiffs' Marks or any confusingly similar trademarks;

      (ii)      any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using Plaintiffs' Marks or any confusingly similar trademarks; or

      (iii)      any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

2.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores, interactive photo albums, and Internet websites owned and operated or controlled by them including the Internet based e-commerce stores, interactive photo album, and Internet websites operating under the Seller IDs and Subject Domain Names;

3.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiffs' Marks or any confusingly similar trademarks thereof within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, interactive photo albums, or Internet websites registered by, owned, or operated by any

Defendant, including the Internet based e-commerce stores, interactive photo album, and Internet websites operating under the Seller IDs and Subject Domain Names;

4.      The Defendants shall not transfer ownership of the Internet based e-commerce stores, interactive photo album, or Internet websites operating under their Seller IDs and Subject Domain Names during the pendency of this action, or until further Order of the Court;

5.      Each Defendant shall preserve, and continue to preserve, copies of all computer files relating to the use of any of the Internet based e-commerce stores, interactive photo album, and Internet websites under their Seller IDs and Subject Domain Names, and shall take all steps necessary to retrieve computer files relating to the use of the Internet based e-commerce stores, interactive photo album, and Internet websites under their Seller IDs and Subject Domain Names that may have been deleted before the entry of this Order;

6.      Upon Plaintiffs' request, the privacy protection service for the Subject Domain Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered, to the extent not already done, to disclose to Plaintiffs the true identities and contact information for that registrant;

7.      The domain name registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the registrar of record for the Subject Domain Names to a holding account with a registrar of Plaintiffs' choosing (the "New Registrar"), excepting any such domain names which such registrars have been notified in writing by Plaintiffs have been or will be dismissed from this action, or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within one business day of receipt this Order, the top-level domain (TLD) registries for the

Subject Domain Names or their administrators, including backend registry operators or administrators, within five business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such registries have been notified in writing by Plaintiffs have been or will be dismissed from this action or as to which Plaintiffs have withdrawn their request to immediately transfer such domain names. Upon the change of the registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/lw10mi/index.html, whereon copies of the Complaint, this Order, and all other documents on file in this action shall be displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action shall be displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status by the New Registrar, preventing the modification or deletion of the domains by the New Registrar or Defendants;

8.     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("PayPal"), Alibaba.com Hong Kong Limited, which

operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial

Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co.

Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively,

"Alipay"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel

FinTech Inc, ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and

their related companies and affiliates shall, to the extent not already done:

   a.   immediately identify all financial accounts and/or sub-accounts associated
        with the e-commerce stores, photo albums, and Internet websites operating
        under the Seller IDs and Subject Domain Names, the PayPal payees, store
        numbers, merchant identification numbers, infringing product numbers,
        and/or the e-mail addresses identified on Schedule "A" hereto, as well as
        any accounts of the same customer(s);

   b.   identify all other accounts which transfer funds into the same financial
        institution account(s) or any of the other financial accounts subject to this
        Order;

   c.   restrain the transfer of all funds, as opposed to ongoing account activity,
        held or received for their benefit or to be transferred into their respective
        financial accounts, and any other financial accounts tied thereto; and

   d.   immediately divert those restrained funds to a holding account for the trust
        of the Court;

   9.   Upon receipt of notice of this Order, Defendants and all financial institutions,

payment processors, banks, escrow services, money transmitters, or marketplace platforms,

including but not limited to, PayPal, AliExpress, Ant Financial Services, Alipay, Dunhuang

Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc,

ContextLogic, and their related companies and affiliates, shall further, to the extent not already

done, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds

restrained and identifies the financial account(s) and sub-account(s) which the restrained funds

are related to, and (ii) the account transactions related to all funds transmitted into the financial

account(s) and sub-account(s) that have been restrained. No funds restrained by this Order shall

be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, PayPal, AliExpress, Ant Financial Services, Alipay, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, and ContextLogic, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court;

10.     Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

11.     This Order shall apply to the Seller IDs and Subject Domain Names, associated e-commerce stores, photo albums, and websites, and any other seller identification names, e-commerce stores, photo albums, domain names, websites, or financial accounts that are being used by Defendants for the purpose of counterfeiting Plaintiffs' Marks at issue in this action and/or unfairly competing with Plaintiffs;

12.     As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store, photo album, or domain name dismissed from this action or as to which Plaintiffs have withdrawn their request for a preliminary injunction;

13.     Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Fed. R. Civ. P. 65(c), Plaintiffs shall maintain their previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

14.     Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the Internet marketplace websites, image hosting website, and/or financial institutions, payment processors, banks, escrow services, and money transmitters, including but not limited to PayPal, AliExpress, Ant Financial Services, Alipay, Worldpay, Dunhuang Group, Camel FinTech Inc, ContextLogic, and Yupoo.com, and their related companies and affiliates shall, to the extent not already done, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail address known to be associated with Defendants' respective Seller IDs and Subject Domain Names;

15.     This Order shall remain in effect during the pendency of this action, or until further Order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2021 at 11:10 A.M.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

**SCHEDULE A:**
**DEFENDANTS BY NUMBER, SELLER ID,**
**SUBJECT DOMAIN NAME, STORE NUMBER, MERCHANT ID,**
**FINANCIAL ACCOUNT INFORMATION AND ADDITIONAL E-MAIL ADDRESS**

| Def. Number | Defendant / Seller ID / Subject Domain Name | Financial Account Information: PayPal Account / Payee / Store Number | PayPal Merchant ID | Infringing Product Number / Additional Email |
|---|---|---|---|---|
| 1 | costtaglassesbest.store | TianshengEngineeringTechnology@outlook.com | 27CULBPUT93FY | service@service.sungvipshopaa.com |
|  |  | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesbest.store |
| 1 | costtaglassesbests.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtaglassesmall.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesmall.store |
| 1 | costtaglassesmall.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesmall.top |
| 1 | costtaglassesmx.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesmx.store |
| 1 | costtaglassesofficals.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesofficals.store |
| 1 | costtaglassesvip.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaglassesvip.top |
| 1 | costtagood.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtagood.top |
| 1 | costtagoods.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtagoods.top |
| 1 | costtahot.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtahot.store |
| 1 | costtahots.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtahots.store |
| 1 | costtamall.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtamall.store |
| 1 | costtaofficals.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtaus.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtausa.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtavip.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtavips.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costafishings.com | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E |  |
| 1 | costtamall.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtamall.top |
|  |  | ZHULIYAPONLINESHOP@outlook.com | X3VWHWU69W4MY | service@service.sungvipshopaa.com service@costtamall.top |
| 1 | costtamalls.top | DAHANJIANTRADINGCO@outlook.com | AWYS7WHKDA3VJ | service@service.sungvipshopaa.com service@costtamalls.top |
|  |  | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtamalls.top |

| | | | | |
|---|---|---|---|---|
| 1 | costtaoffical.top | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costtaoffical.top |
| | | ERCGHTRADINGCO@outlook.com | KBF4WB2944S2W | service@service.sungvipshopaa.com service@costtaoffical.top |
| 1 | costafishsunglasses.com | LYUCDGCHGOUTLETSHOP@outlook.com | BHFCQJXMSGMXU | service@service.sungvipshopaa.com |
| | | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | |
| 1 | costaglassonline.com | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costaglassonline.com |
| 1 | costaonsales.com | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@costaonsales.com |
| 1 | costtaonline.store | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | |
| 1 | usbestmall.shop | Huizheng Trading Co., Ltd. | JBHQDQ9XU5Y5E | service@usbestmall.shop |
| 1 | costtaglasseshot.top | YiliMythicalClothingStore@outlook.com | QUDZAFGM63WK2 | service@service.sungvipshopaa.com service@costtaglasseshot.top |
| 1 | costtaglassesmalls.store | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtaglassesmalls.store |
| 1 | costtaglassesmalls.top | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtaglassesmalls.top |
| 1 | costtaglassesoffical.store | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtaglassesoffical.store |
| 1 | costtaglassesspecial.store | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtaglassesspecial.store |
| | | WeiHAIdutyfreeProducts@outlook.com | D6LD7DN3FWXE2 | service@costtaglassesspecial.store |
| 1 | costtaglassesvips.top | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtaglassesvips.top |
| 1 | costtapro.store | Yili Mythical Clothing Store | QUDZAFGM63WK2 | service@costtapro.store |
| | | PDKFOUTLETSTORE@outlook.com | 9B35ZTRBKNPEG | service@service.sungvipshopaa.com service@costtapro.store |
| 1 | costtaglassesltd.store | XDFRRHDSOUTLETSHOP@outlook.com | GZ4K3TMZCXMES | service@service.sungvipshopaa.com |
| 1 | costtagoods.shop | NHJRTFVTRADINGCO@outlook.com | W5ST33ZCP64M4 | service@service.sungvipshopaa.com service@costtagoods.shop |
| | | TibetWaterwayRenchengTrading@outlook.com | EG76XNCD3K6PL | service@costtagoods.shop service@service.sungvipshopaa.com |
| | | Guangyu Xinda Trading Company | PF3QRSGYRF28E | |
| 2 | costaeyewear.store | luxingongmao9532@outlook.com | B4SSNMMA5N2XL | service@service.glassddmail.com |
| | | Lontyfashion | 3NT3Y66E6B3M6 | |

| 2 | ajskm.top | online store | B4SSNMMA5N2XL | |
| 2 | cootglasses.com | online store | B4SSNMMA5N2XL | |
| 2 | costaaspectacle.store | online store | B4SSNMMA5N2XL | |
| | | Mellowshopping | | |
| | | Mellowshopping@outlook.com | 7B7579KA26PWU | |
| | | Lontyfashion | 3NT3Y66E6B3M6 | |
| 2 | costamirrorwear.com | online store | B4SSNMMA5N2XL | service@service.glassddmail.com |
| 2 | costamirrorwear.store | online store | B4SSNMMA5N2XL | |
| 2 | costasunshineeyewear.store | online store | B4SSNMMA5N2XL | service@service.glassddmail.com |
| 2 | eyewearparklens.store | online store | B4SSNMMA5N2XL | |
| 2 | lensfishingglass.com | online store | B4SSNMMA5N2XL | service@service.glassddmail.com |
| 2 | mirrorsunshine.store | online store | B4SSNMMA5N2XL | service@service.glassddmail.com |
| 2 | opticsseyewears.com | online store | B4SSNMMA5N2XL | |
| 2 | blueseaeyewear.com | online store | B4SSNMMA5N2XL | |
| | | SufondiBusiness | XB82FABLB5AEY | |
| 2 | costablinkerspark.store | SufondiBusiness | XB82FABLB5AEY | service@service.glassddmail.com |
| | | hengshengsheng464@outlook.com | XK9U87EDN96M4 | service@service.glassddmail.com |
| 2 | costaeyewears.com | SufondiBusiness@outlook.com | XB82FABLB5AEY | service@service.glassddmail.com |
| | | Blessdirect | NZMKYXDBWZ42J | |
| | | Drizzlestyles | P3WYUTUAQUX46 | |
| 2 | costalenswear.store | SufondiBusiness | XB82FABLB5AEY | |
| | | Lontyfashion | 3NT3Y66E6B3M6 | service@service.glassddmail.com |
| | | tianyouxin2019@outlook.com | | |
| 2 | mirroreyewear.store | SufondiBusiness | XB82FABLB5AEY | |
| 2 | opticalglasses.store | SufondiBusiness | XB82FABLB5AEY | |
| | | Jokesshopping | 52HAW2E26XUKQ | |
| 2 | opticalseyeglass.com | SufondiBusiness | XB82FABLB5AEY | |
| 2 | opticseyewears.com | Deviceelectric@outlook.com | FZCZE3FESB2D2 | service@service.glassddmail.com |
| | | Jyasichoumyshop | WCGSDW4XY4W4L | |
| 2 | blueoceanglasses.com | Jyasichoumyshop | WCGSDW4XY4W4L | |

| 2 | costaeyewearpark.store | Jyasichoumyshop | WCGSDW4XY4W4L | |
| | | Lontyfashion | 3NT3Y66E6B3M6 | |
| 2 | costasuneyewear.com | Jyasichoumyshop | WCGSDW4XY4W4L | service@service.glassddmail.com |
| 2 | costasunlensglasses.store | Jyasichoumyshop | WCGSDW4XY4W4L | |
| | | Lontyfashion | 3NT3Y66E6B3M6 | |
| 2 | mirroreyewear.com | Jyasichoumyshop | WCGSDW4XY4W4L | |
| 2 | lhdjc.top | Jyasichoumyshop | WCGSDW4XY4W4L | |
| | | Semiconductormall@outlook.com | AZFMK2XUVL2GS | service@service.glassddmail.com |
| 3 | costaopticsglasses.com | MichaelDiederich@outlook.com | H5QCN2WLRFMBC | service01@mail.hotsglasses.com |
| | | Qingdao Star Trading Co., LTD | ECBXGJEWUBM4A | |
| | | Shenzhen Yangdi Energysaving Lighting Technology Co., Ltd | FMKN9LQXDJQM4 | |
| | | MaryDoylt@outlook.com | | |
| 3 | costaeyeglasses.com | Qingdao Star Trading Co., LTD | ECBXGJEWUBM4A | |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |
| 3 | costasunglassesmall.com | Qingdao Star Trading Co., LTD | ECBXGJEWUBM4A | service01@mail.hotsglasses.com |
| | | Wuyi Shangjia Furniture Co., Ltd | FTBJZMG2KCTG2 | |
| | | IrmatOsborn@outlook.com | | |
| 3 | costasunglassesr.shop | Qingdao Star Trading Co., LTD | ECBXGJEWUBM4A | |
| | | PrimitivoJohn | V4WU7C5YDUTZY | |
| | | PrimitivoJohn@outlook.com | | |
| 3 | costasunglassess.shop | Qingdao Star Trading Co., LTD | ECBXGJEWUBM4A | |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |
| 3 | hotpitlist.com | Troyweeneire@outlook.com | ECBXGJEWUBM4A | service01@mail.hotsglasses.com |
| 3 | sunglasshut-costa.com | LucindaBrinkley@outlook.com | 2K9ST3HXY9Q7C | service01@mail.hotsglasses.com |
| | | DavitPearson@outlook.com | VQVVCQKTNXZGN | service01@mail.hotsglasses.com |

| | | Zhuhai Xinying Tejia Trading Co. LTD. | 8SCV25AJM5FEW | |
|---|---|---|---|---|
| | | Guangzhou Shiwana Trading Co. LTD | GY25B6S4DC2FY | |
| 3 | costaglassesoutlet.com | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |
| 3 | costaopticalglasses.com | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | service01@mail.hotsglasses.com |
| | | Shandong Hongyu Tai Trading Co. LTD | BS9PM4MQVCNQC | |
| | | joyceserry@outlook.com | | |
| 3 | costasportsunglass.shop | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| | | Shenyang qiangkun building materials co., LTD | 5US78CC2AGE48 | service01@mail.hotsglasses.com |
| | | PhyllisScheffler@outlook.com | | |
| 3 | costasunglassat.shop | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| | | Wuhu Jingju Furniture Co., Ltd | J6ZJKEKPYKYBG | service01@mail.hotsglasses.com |
| | | CarolyKane@outlook.com | | |
| 3 | sunglasseshut-costa.com | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| 3 | sunglasshutcosta.com | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| 3 | txelecmore.com | Meryelldithe@outlook.com | 5RHWJZ6ZU7VBY | service01@mail.hotsglasses.com |
| 3 | sunglasseshut-costa.shop | Kaifeng Huadu Trading Co. LTD | 5RHWJZ6ZU7VBY | |
| | | RonaldGraye@outlook.com | AQMG2JLSEBREU | service01@mail.hotsglasses.com |
| | | Rongcheng Jieqifan Trading Co., Ltd | TJBENRDKFVN3W | |
| | | ToddKidde@outlook.com | | |
| 3 | sunglasshut-costa.shop | ClarenceDubet@outlook.com | 9CL3HLBPEKN56 | service01@mail.hotsglasses.com |
| | | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |

| | | NadiaMizem@outlook.com | | |
|---|---|---|---|---|
| 3 | costasunglassca.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | service01@mail.hotsglasses.com |
| | | Lixian Yuntong Trading Co. Ltd | YY67EFTE9B8WS | |
| | | DarreWalker@outlook.com | | |
| 3 | costasunglassfun.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | Changsha Chubei Trading Co., Ltd | VQVVCQKTNXZGN | |
| 3 | costasunglasshut.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |
| 3 | costasunglassin.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | Lixian Yuntong Trading Co. Ltd | YY67EFTE9B8WS | |
| 3 | costasunglassnew.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| 3 | costasunglasssp.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | LindatBoone@outlook.com | S87JHKL63NC7E | |
| 3 | costasunglasstop.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | RobertoDerouen@outlook.com | JG9AAW4W6ALQ6 | service01@mail.hotsglasses.com |
| 3 | costasunglassus.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | JerryGeorget@outlook.com | H3QVSPH3G9S8N | |
| 3 | sunglasshut-costas.com | Donaldhocket@outlook.com | RJ8LXGTLN3UCW | service01@mail.hotsglasses.com |
| 3 | costasunglassco.shop | Xianyang You Impression advertising Decoration Engineering Co. LTD | RJ8LXGTLN3UCW | |
| | | JosephPastrair@outlook.com | MACMZ4SCSXBVE | service01@mail.hotsglasses.com |

| | | Sichuan Kelan Kitchen Equipment Co., Ltd | AULKWAHWF95XG | |
|---|---|---|---|---|
| | | JasontAvery@outlook.com | | |
| 3 | costasunglasssale.shop | KellyReddick@outlook.com | M79WEZAVNRT58 | service01@mail.hotsglasses.com |
| | | CorrineRegina@outlook.com | SGH63NPEWW99L | service01@mail.hotsglasses.com |
| 3 | costasunglassite.shop | ElizaHonaker@outlook.com | QRVAPNSZ79N26 | service01@mail.hotsglasses.com |
| | | Hejin Dingmeng Trading Co., Ltd | QV9UJ65YC9EWJ | |
| 3 | costaglassestore.shop | HelenNewtor@outlook.com | QV9UJ65YC9EWJ | service01@mail.hotsglasses.com |
| | | Shenzhen Quan Xin Xing Electronic Commerce Co. Ltd | 6WMMUM2WZEVGL | |
| 3 | costasunglasson.shop | Hejin Dingmeng Trading Co., Ltd | QV9UJ65YC9EWJ | |
| 3 | costasunglassuk.shop | Hejin Dingmeng Trading Co., Ltd | QV9UJ65YC9EWJ | |
| | | NormaMartor@outlook.com | 4KVLJZMBNXFUY | service01@mail.hotsglasses.com |
| | | CharlesDorton@outlook.com | ZGR3M8J4GUSDN | |
| 3 | flyalltop.shop | Juanmaigan@outlook.com | GD8E44PJKMU7Q | service01@mail.hotsglasses.com |
| | | Alonamerry@outlook.com | YXEMVVSFTTTFC | service01@mail.hotsglasses.com |
| | | LouisJonet@outlook.com | 65P8G4UAEKUN2 | service01@mail.hotsglasses.com |
| 3 | hotcostaglasses.shop | Fashionclothing2021@outlook.com | EWKK7VHWNPVEY | service01@mail.hotsglasses.com |
| 3 | costaglasshut.com | Shuyang Lucas trading Co., LTD | UXPEN4LCDFZA8 | |
| | | Chengdu Baiguanghao Trading Co. LTD | 7DARBNGZPZFWE | |
| 3 | costasopticalglasses.com | Margaretalest@outlook.com | UXPEN4LCDFZA8 | service01@mail.hotsglasses.com |
| 3 | sunglasshut-costas.shop | Shuyang Lucas trading Co., LTD | UXPEN4LCDFZA8 | service01@mail.hotsglasses.com |
| | | LuellaPritchett@outlook.com | TAUMFGWGTZGAL | service01@mail.hotsglasses.com |
| | | SteveDuffet@outlook.com | 6YLYPT6J79D38 | service01@mail.hotsglasses.com |
| | | Zhuhai Xinying Tejia Trading Co. LTD. | 8SCV25AJM5FEW | |
| | | Xuchang Meier silk trade co., LTD | 379D9KT969DJA | |

| 4 | bestcostasunglasses.com | daviwholesale | | |
| 5 | costasplay.com | chenhua092@outlook.com | TRLDDGPB6WSBN | sunglasses_service3@163.com |
| 5 | sunbrightlife.com | luodehua108@outlook.com | 7WFAVEK55KD66 | sunglasses_service3@163.com |
| 5 | sunscosta.com | 自贡博祥商贸有限公司 | Y35W3YE288PUQ | sunglasses_service3@163.com |
| | | limin160@outlook.com | | |
| 5 | costadalmar.com | 南通国祺经贸有限公司 | CCQWRGWKA5BUQ | sunglasses_service3@163.com |
| | | yaoruixin472@outlook.com | | |
| 5 | costabrew.com | 徐州洁臻商贸有限公司 | JSCCAF4QJGC2J | sunglasses_service3@163.com |
| | | cuidong082@outlook.com | | |
| 6 | cheaprraybanonsale.com | guijie533672@21cn.com | KTE3N8Z6GHZ5Q | urzhumovaalek@gmail.com |
| 7 | blanva.store | chenyuefeng1981@hotmail.com | EQDBZ9GMN9ABY | info@Blanva.store |
| | | huangcuixia1979@hotmail.com | CXX3U9R52FG2L | contact@Blanva.store |
| | | 济南初丹焊接材料有限公司 | SSBCCEVYKE3ZA | |
| | | donglitong58@outlook.com | XRH2JFFMZ6HM8 | |
| | | Fo shan shi bo tao ke ji you xian gong si | XRH2JFFMZ6HM8 | |
| | | 西安旺美物流有限公司 | FAVY39N8LUJC8 | |
| | | 大城县大广安英峰密封材料销售部 | EZD6TY6LKLDCA | |
| | | 莒南县长金种植专业合作社 | STH3VJ4VQR2U6 | |
| | | 大城县建航节能科技 | CEF9AQZNN6H9J | |
| | | 恺锐汽车租赁（上海）有限公司 | KJEVW8QX2H3GU | |
| 8 | blingbling-eyes.com | nihaoyamoney356@outlook.com | L4P6JSVMLQAS2 | service@blingbling-eyes.com |
| 9 | coonlineglassesale.com | SheQingnan1905@outlook.com | SZVFUPAJ5EQW8 | support@noreply.irglassesoutlet.com |
| | | Elmer Online Shop | GQZF44W4Z5J5Y | |
| | | LiuMin1247@outlook.com | | |
| 9 | cowkm.com | fengchanghui5319@hotmail.com | QX9DEZF59MJ98 | support@noreply.irglassesoutlet.com |

|  |  | Columbus Shopping Mall | KMPM88GFAABR8 |  |
|  |  | GongLi72150@outlook.com |  |  |
|  |  | Beautyy Department - Store | WN8YC7HEAZRL6 |  |
|  |  | Quanzhou EnMei Trading Co., Ltd | Y5FHJEEAJ73JU |  |
| 10 | deakoo.com | dz1075519827@outlook.com | QXK93ZWMKQDA2 | toodeakoo@outlook.com |
| 11 | fjoutlet.site | Yun-z Network Technology Co., Ltd | KHRDTU7G5V3RN |  |
| 11 | jtir.shop | xionganyunze@outlook.com | KHRDTU7G5V3RN | service@noreply.bbwerfactory.com |
|  |  | BTY Shopping Mall | ZG8NN8NV7RQJN |  |
|  |  | ZZ-ZJR Trade Market | 9FKCYNPNX2YH2 |  |
| 12 | *Dismissed* |  |  |  |
| 13 | glass2021.xyz | hpagblyiqaogfqdgols@hotmail.com | Z259L6ZQ9XCF8 | virgimatic52@gmail.com |
|  |  | MarciPapali@gmx.com |  | virgimatic52@gmail.com EldAlsi@gmx.com |
| 14 | glassesxt.com | chenguangda@celebrex.site | 72Z8ZJVELSHU4 |  |
| 15 | gorgeu.com | service@solestuf.com | AHTQP72BCNQKJ | service@gorgeu.com |
| 16 | gwenjs.com | xirue store | B3YC9UY38XXWG | service@gwenjs.com |
| 16 | snowfir.store | xinrui.3c@hotmail.com | B3YC9UY38XXWG | snowfir-service@hotmail.com |
| 17 | hotclothingstores.com | yauhhdu466@gmail.com | BHU2FPNCQ3RWE |  |
| 18 | karyvo.shop | huangcuixia1979@hotmail.com | CXX3U9R52FG2L | contact@karyco.shop |
|  |  | zhiweii001@163.com | JZF2XBHZH4NH6 |  |
|  |  | hedongmei199511@outlook.com | ZL8L937A5HGBJ |  |
|  |  | jiianglina1982@outlook.com | A4FLADVYDYT3C |  |
|  |  | 酒泉欣茂玻璃钢制品有限公司 | JR2B7CFNWH6AW |  |
|  |  | 大城县大广安英峰密封材料销售部 | EZD6TY6LKLDCA |  |
| 19 | perennialshopor.com | coastlineonline@outlook.com | W7YH9BXPDX4WU | service@mail.caresunglasses.com |
| 19 | inpanelmall.com | wikionlines | 3RNBVBR2BAG2L | service@mail.caresunglasses.com |
|  |  | vipsfashion | RQV9A33D6GJJL |  |
| 20 | playapparelworld.com | xuhualin8@hotmail.com | RA5X8TTPDBWEC | service@service.serviceek.com |

| | | Yao GUI Trade Private Company | TW5RDA4LNMMKE | service@playapparelworld.com |
|---|---|---|---|---|
| | | Houmohong Private Company | J6S69VGX7TNGA | |
| 21 | sunnylover.shop | Shenzhen Baichen Development Industry Co., Ltd. | ZK9AWX2WW7Z48 | hello@sunnylover.shop |
| 21 | sunvit.shop | 1138080137@qq.com | ZK9AWX2WW7Z48 | hello@sunvit.shop |
| 22 | uglytop.com | service@wearlys.com | QQE4D3N3JZFTN | service@olivmer.com |
| | | 陕西丰瑞建设工程有限公司 | D7QR8XE36AJ2W | service@uglytop.com |
| | | 陕西大步实业有限公司 | 572Y85UND7YG2 | |
| 23 | wishkay.com | service@perunner.com | 7GDJ7PR52QKTE | service@wishkay.com |
| 24 | yessunglass.com | 9445198@qq.com | 9DLGQVBVXJBM2 | Hello@yessunglass.com |
| 25 | suntoday.us | alismiko3@gmail.com | | DaviWholesale@gmail.com |
| | | oujl6688@126.com | | DaviWholesale@gmail.com |
| 25 | daviwholesale.com | alismiko3@gmail.com | | DaviWholesale@gmail.com |
| 26 | good5566 a/k/a Erick | 1943795069@qq.com | | |
| 27 | Belbello Hatcap Store | 4917090 | | 1005003038269310 |
| 28 | CUN sunglasses Store | 911882034 | | 1005002996979989 |
| 29 | Designer-Glasses Store | 912025350 | | 1005002966092373 |
| 30 | DesignerWear Store | 912063567 | | 1005002930756398 |
| 31 | mercada bane sunglasses Store | 911900150 | | 005003043603969 |
| 32 | R-B Store | 912179839 | | 1005002940110127 |
| 33 | Shop5372001 Store | 5372001 | | 1005002597710178 |
| 34 | Shop910332274 Store | 910332274 | | 1005001300666460 |
| 35 | Shop911602390 Store | 911602390 | | 1005002618906492 |
| 36 | WhatsAppp:+8615968014131 Store | 912312091 | | 1005003102623459 |
| 37 | YU Sunglasses Store | 911718034 | | 1005002312994925 |
| 38 | beautifulyouss | 21666403 | | 708347104 |
| 39 | beautydbx | 21693638 | | 712266444 |
| 40 | belt1688good | 21646642 | | 664104865 |
| 41 | bestmerchants | 21715445 | | 727766377 |
| 42 | braceletx | 21662045 | | 697481820 |
| 43 | caiyunhengtong_7 | 20950714 | | 718181460 |

| | | | | |
|---|---|---|---|---|
| 44 | chunyan05 | 21555800 | | 724235029 |
| 45 | cnisis | 21654536 | | 668321177 |
| 46 | costa_sunglasses a/k/a Luxury Designer Sunglasses & Jewelry | 21582123 | | 725212991 |
| 47 | ddm0010 a/k/a Luxury Sunglasses | 21211052 | | 553861357 |
| 48 | designerclothesa | 21655047 | | 724079093 |
| 49 | dhgate0217xx | 20445771 | | 716575721 |
| 50 | dhgatesiii | 21685321 | | 727520040 |
| 51 | dhgatewangshutong12 a/k/a Fashion accessories 1992 | 21697620 | | 714814817 |
| 52 | dipper2020 | 21682413 | | 725535964 |
| 53 | excellentstore88 | 21680259 | | 708133315 |
| 54 | factory68 | 19817151 | | 417410384 |
| 55 | fashion_sunglasses88 a/k/a designer Belts | 21651114 | | 703715667 |
| 56 | fashion2021 | 21642538 | | 679079398 |
| 57 | fashionbagbags011 | 21669824 | | 699610889 |
| 58 | fashionbagsai | 21666371 | | 708055492 |
| 59 | fashionbelts888 | 21696812 | | 711158436 |
| 60 | fashionbrandgg | 21686257 | | 703543072 |
| 61 | fashionscarfco | 21708986 | | 722462476 |
| 62 | fashionshop16888 | 21668260 | | 710719443 |
| 63 | fds001 | 21193396 | | 712263172 |
| 64 | finejewelry_a | 21700985 | | 714965327 |
| 65 | finejewelry_b | 21700987 | | 718440942 |
| 66 | flower199428 | 21703166 | | 717795849 |
| 67 | funny6631 | 14432732 | | 418363313 |
| 68 | glasses999 | 21698952 | | 721964121 |
| 69 | glasseswell_666 | 21708574 | | 721066325 |
| 70 | handbagstore667 | 21704830 | | 716978783 |
| 71 | hesaiqun0521 | 21657979 | | 672910501 |
| 72 | heydayshop a/k/a Fashion clothing store | 21682755 | | 716359739 |
| 73 | hjf360 a/k/a Fashion accessories668 | 21677608 | | 694351263 |
| 74 | hrx1215 | 21701234 | | 715464831 |

| | | | | |
|---|---|---|---|---|
| 75 | jason6888 | 21228876 | | 722444228 |
| 76 | jewelrytycoon | 21684649 | | 699213335 |
| 77 | jiankang3186 | 21664956 | | 721396275 |
| 78 | jiayou778 | 21664957 | | 726658766 |
| 79 | jixiang668 | 21664944 | | 717263793 |
| 80 | linda90 | 20622708 | | 526521305 |
| 81 | liuyuze_35 | 21689422 | | 706403866 |
| 82 | luxury_n3 | 21581627 | | 725913901 |
| 83 | luxury_shops6868 | 21673855 | | 705719010 |
| 84 | luxury_union a/k/a luxury studio | 21649338 | | 704495879 |
| 85 | luxury1618 | 21692947 | | 707988271 |
| 86 | luxury16888 | 21692985 | | 708799083 |
| 87 | mengmeng666 | 13599063 | | 723390132 |
| 88 | mystore01 | 21701214 | | 713886627 |
| 89 | neibu | 21167864 | | 674811873 |
| 90 | nuggetsjewelry | 21695790 | | 715201811 |
| 91 | orange2012 | 14500518 | | 410424301 |
| 92 | outlet_shop1 | 20703563 | | 701185128 |
| 93 | perfectencounter | 21666377 | | 694082922 |
| 94 | pglstk | 21666028 | | 703640462 |
| 95 | phoenix_2021 a/k/a Luxurys Designers Bags & Sung | 21621802 | | 667820806 |
| 96 | pingan1688 | 21664952 | | 715868947 |
| 97 | ppfashionshop | 20765093 | | 552245550 |
| 98 | qchenbo123 | 21700031 | | 714636050 |
| 99 | qianlong01 | 21696097 | | 724990529 |
| 100 | quality_121 | 21583246 | | 647155496 |
| 101 | rayban_1937 | 21482323 | | 698891539 |
| 102 | rhythmheatwave | 21614425 | | 701633021 |
| 103 | sacyxz10005 | 21700182 | | 713779111 |
| 104 | sandysunglasses007 | 21707491 | | 720462824 |
| 105 | sandysunglasses008 | 21707503 | | 720437101 |
| 106 | sirius2020 a/k/a Designer Handbags & Jewelry | 21491608 | | 665581282 |
| 107 | sportsunglass | 21648442 | | 716576313 |

| 108 | stone_fog | 21680806 | | 726108963 |
|---|---|---|---|---|
| 109 | sunglasses_4sale | 21568398 | | 588081539 |
| 110 | sunglasses_vip_ | 21689773 | | 727636209 |
| 111 | sunglasses191 | 21708340 | | 720959117 |
| 112 | sunglasses1997 a/k/a Designer sunglasses | 21101763 | | 704159254 |
| 113 | superman_pzk01 | 21706118 | | 718638284 |
| 114 | tangchao06 | 21704562 | | 719787223 |
| 115 | tangchao10 | 21704575 | | 725675583 |
| 116 | tiff925_shop002 | 21707591 | | 719650612 |
| 117 | wapiti01 | 20749724 | | 601933489 |
| 118 | willjustjewelry | 21702592 | | 718049750 |
| 119 | wings2021 a/k/a Fashion Accessories Love Bracelet | 21417581 | | 718557839 |
| 120 | wsj688 | 21171317 | | 723290453 |
| 121 | wuwensong01 | 21690295 | | 721361920 |
| 122 | wuwensong03 | 21690298 | | 721400786 |
| 123 | xhd06 | 21683468 | | 710725224 |
| 124 | xiangrui68 | 21505299 | | 713706436 |
| 125 | xingfu668 | 21711285 | | 726662620 |
| 126 | yang115 | 20958829 | | 710984986 |
| 127 | yhn_fashion | 21675676 | | 707405349 |
| 128 | yuwen | 13678545 | | 725870705 |
| 129 | z946056507 | 21664831 | | 702367870 |
| 130 | zc1996 | 20530263 | | 539441563 |
| 131 | zhongtl129227 | 20152321 | | 702421223 |
| 132 | zkkcxwkz6 | 21649048 | | 658202185 |
| 133 | zl2021669988 | 21712756 | | 724724894 |
| 134 | zou910524 | 21685926 | | 708218045 |
| 135 | zzr13536508868 | 21702859 | | 715626935 |
| 136 | March Fury | 5e7092378127ca26dbbf0c58 | | 5f6bf57ca1e7a7003d7c863c |
| 137 | NEW RX | 5adc4e58a6f62e6bd1bbdd2f | | 5e3ecc5649a1bb115c67d1e9 |
| 138 | Omi sweet | 609425d0acf3fa53a271554a | | 60a8af41167144f9ca2ac268 |

SCHEDULE "B"
PLAINTIFFS' MARKS

**Luxottica Group S.p.A.'s Trademarks [ECF No. 17-1]**

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| WAYFARER | 0,595,513 | September 21, 1954 | IC 009: sunglasses. |
| *Ray-Ban* | 0,650,499 | August 20, 1957 | IC 009. Sunglasses, shooting glasses, and ophthalmic lenses. |
| RAY-BAN | 1,080,886 | January 3, 1978 | IC 009. Ophthalmic products and accessories-namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles. |
| *Ray-Ban* | 1,093,658 | June 20, 1978 | IC 009. Ophthalmic products and accessories; namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles; and cases and other protective covers for sunglasses, eyeglasses, and spectacles. |
| LUXOTTICA | 1,254,409 | October 18, 1983 | IC 009. Eyeglasses, sunglasses, templates and eyeglass frames. |
| *Ray-Ban* | 1,320,460 | February 19, 1985 | IC 009. Sunglasses and carrying cases therefor. |
| LUXOTTICA ☆☆ | 1,511,615 | November 8, 1988 | IC 009. Eyeglasses, sunglasses, temples and eyeglass frames. |
| CLUBMASTER | 1,537,974 | May 9, 1989 | IC 009. Sunglasses. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| *Ray-Ban* | 1,726,955 | October 27, 1992 | IC 018. Bags; namely, tote, duffle and all purpose sports bags.<br><br>IC 021. Cloths for cleaning ophthalmic products.<br><br>IC 025. Clothing and headgear, namely, hats. |
| Ray-Ban | 3,522,603 | October 21, 2008 | IC 009: sunglasses, eyeglasses, lenses for eyeglasses, eyeglasses frames, and cases for eyeglasses. |

**Oakley, Inc.'s Trademarks** [ECF No 17-2]

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| OAKLEY | 1,356,297 | August 27, 1985 | IC 009. Goggles, sunglasses and protective pads for elbows, feet and knees.<br><br>IC 025. Clothing - namely t-shirts; gloves; racing pants; hats; sweatshirts; sport shirts, jackets, jeans, jerseys and ski pants, jackets, hats, gloves and socks. |
| OAKLEY | 1,519,596 | January 10, 1989 | IC 009. Sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces. |
| OAKLEY | 1,521,599 | January 24, 1989 | IC 009. Sunglasses and accessories for sunglasses. |
| OAKLEY | 1552583 | August 22, 1989 | IC 009. Goggles |

28

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| M FRAME | 1,701,476 | July 21, 1992 | IC 009. Protective eyewear; namely, goggles, anti-glare glasses; sunglasses and their parts; namely, lenses, replacement lenses, frames, earstems and nose pieces; cases specially adapted for sunglasses and their parts. |
| OAKLEY | 1,980,039 | June 11, 1996 | IC 009. Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories. |
| (oval logo) | 1,984,501 | July 02, 1996 | IC 009. Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, ear stems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories. |
| STRAIGHT JACKET | 2,054,810 | April 22, 1997 | IC 009. Protective and/or anti-glare eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories including replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories. |
| SQUARE WIRE | 2,106,614 | October 21, 1997 | IC 009. Protective and/or antiglare eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces, and foam strips; cases specially adapted for protective and/or antiglare eyewear and their parts and accessories. |

29

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| JULIET | 2,388,070 | September 19, 2000 | IC 009. Protective and/or anti-glare eyewear, namely, sunglasses, spectacles, and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories. |
|  | 2,393,107 | October 10, 2000 | IC 009. Protective eyewear, namely, spectacles, anti-glare glasses and sunglasses and parts thereof, namely frames and earstems. |
|  | 2,403,609 | November 14, 2000 | IC 009. Protective eyewear, namely, spectacles, anti-glare glasses, and sunglasses and parts thereof, namely, frames and earstems. |
| VALVE | 2,900,432 | November 2, 2004 | IC 009. Protective eyewear, namely spectacles, prescription eyewear, namely, spectacles and sunglasses, anti-glare glasses and sunglasses and parts thereof, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses. |
|  | 3,151,994 | October 3, 2006 | IC 009 Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| OAKLEY | 3,153,943 | October 10, 2006 | IC 009. Prescription eyewear, namely, sunglasses and spectacles; eyewear containing electronics devices, namely, protective eyewear, eyeglasses, sunglasses and spectacles; electronics, namely portable digital electronic devices for recording, organizing, and reviewing text, data and audio files; computer software for use in recording, organizing, and reviewing text, data and audio files on portable digital electronic devices; transmitters, receivers, speakers and parts thereof for use with cellular, wireless computer and telephone communication systems; communication devices for use on eyewear, namely earpieces, transmitters, receivers, speakers and parts thereof for use with cellular, wireless computer and telephone communication systems; wearable audio visual display, namely, protective eyewear, eyeglasses, sunglasses and spectacles containing an audio visual display; wireless telecommunications modules. |
| GASCAN | 3,245,494 | May 22, 2007 | IC 009. Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories |

31

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
|  | 3,331,124 | November 6, 2007 | IC 009. Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories; and protective clothing, namely, racing pants.<br><br>IC 025. Clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swimtrunks, shorts, underwear, shirts, pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots. |
| FLAK JACKET | 3,379,109 | February 5, 2008 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |
| RADAR | 3,379,110 | February 5, 2008 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| OIL RIG | 3,489,952 | August 19, 2008 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |
| FIVES SQUARED | 3,680,975 | September 8, 2009 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |
| BATWOLF | 4,136,113 | May 1, 2012 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, ear stems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |
| FROGSKINS | 4,194,197 | August 21, 2012 | IC 009. Eyewear, namely sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces. |
| RADARLOCK | 4,407,749 | September 24, 2013 | IC 009. Eyewear, namely, sunglasses, sports goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specially adapted for eyewear and their parts and accessories |
| CROSSLINK | 4,407,750 | September 24, 2013 | IC 009.  Eyewear, namely, sunglasses, sports goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specially adapted for eyewear and their parts and accessories. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| PRIZM | 4,813,708 | September 15, 2015 | IC 009. Protective and/or anti-glare eyewear, namely, sunglasses, spectacles and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear, their parts and their accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips. |
| JAWBREAKER | 4,827,569 | October 6, 2015 | IC 009. Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories. |
| FLAK | 4,847,461 | November 3, 2015 | IC 009. Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories. |
| LATCH | 5,026,399 | August 23, 2016 | IC 009. Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories. |
| JUPITER SQUARED | 5,026,407 | August 23, 2016 | IC 009. Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| HOLBROOK | 5,636,292 | December 25, 2018 | IC 009. Eyewear, namely, sunglasses, goggles for sports, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories. |

**Costa Del Mar, Inc.'s Trademarks [ECF No 17-3]**

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| COSTA DEL MAR | 1,723,449 | October 13, 1992 | IC 009. Sunglasses. |
|  | 3,245,770 | May 29, 2007 | IC 009. Sports eyewear and sunglasses. |
|  | 3,273,228 | August 7, 2007 | IC 009. Sunglasses, sunglass frames, sunglass lenses. |
|  | 3,273,229 | August 7, 2007 | IC 009. Sunglasses, sunglass frames, sunglass lenses. |
| C-MATES | 3,420,371 | April 29, 2008 | IC 009. Combination sunglasses and reading glasses. |
|  | 3,431,239 | May 20, 2008 | IC 009. Eyewear, namely, sports eyewear and sunglasses. |
| COSTA 580 | 3,711,018 | November 17, 2009 | IC 009. Sunglasses and sunglass frames, sunglass lenses. |
| COSTA | 3,857,379 | October 5, 2010 | IC 009. Sunglasses and sunglass frames. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
|  | 4,114,951 | March 20, 2012 | IC 009. Sports eyewear and sunglasses. |
| 580 | 4,891,374 | January 26, 2016 | IC 009. Sunglasses lenses. |
| COSTA | 5,944,853 | January 8, 2019 | IC 003. Eyewear cleaning solution.<br><br>IC 009. Eyeglass lanyards; waterproof dry cases for cell phones.<br><br>IC 016. Stickers, decals, bumper stickers, decorative decals for vehicle windows.<br><br>IC 021. Bottle openers; drinking glasses, namely, tumblers, insulated containers for beverages, heat-insulated containers for beverages, containers for hot beverages, containers for cold beverages, coffee and tea mugs; microfiber cloths for cleaning.<br><br>IC 022. Lanyards for holding keys.<br><br>IC 025. Neck gaiters; knit face masks; bandanas. |
| COSTA | 5,646,820 | January 8, 2019 | IC 009. Eyeglasses and related accessories, namely, eyeglass lenses, eyeglass cases. |
|  | 5,653,366 | January 15, 2019 | IC 009. Eyeglasses and related accessories, namely, eyeglass lenses, eyeglass cases. |
| COSTA | 5,653,368 | January 15, 2019 | IC 009. Eyeglasses and related accessories, namely, eyeglass lenses, eyeglass cases. |
| DEL MAR | 5,729,388 | April 16, 2019 | IC 009. Eyewear, namely, sunglasses, sunglass frames, and sunglass lenses. |